George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, Daron H.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Daron H.,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Civil Action No.:  3:20-cv-01834-AR<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $9,520.46 pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1).  After credit is taken for EAJA fees paid in the amount of $7,031.19, the net amount of the fee due plaintiff's counsel is  $1,489.17.

IT IS SO ORDERED:

Date:  August 23, 2023   _____
Jeff Armistead
United States Magistrate Judge

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028